THOMAS EMERSON, JOSEPH EMERSON, AND WILLIAM LITTLE, SURVIVING PARTNERS OF JOSEPH WIGGINS, DECEASED, *versus* GABRIEL GODFROY, JR. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule for judgment nisi *p. 30.

PAPERS IN FILE: (1) Precipe for capias, security for costs; (2) capias and return.

*1822–23 Calendar,* MS p. 137.

 AMERICAN FUR COMPANY *versus* FRANÇOIS BELLAN.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 34.

PAPERS IN FILE: (1) Precipe for capias.

*1824–36 Calendar,* MS p. 15.

 CHARLES C. HASCALL *versus* ELIAS S. SWAN. 

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Rule to assign errors, or judgment *p. 38; (2) continued *p. 70; (3) judgment affirmed *p. 112.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error, transcript of record, recognizance; (3) assignment of errors, joinder.

*1824–36 Calendar,* MS p. 86. Recorded in *Book C,* MS pp. 91–5.

 WILLIAM BROWN *versus* THOMAS ROBERTSON. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Judgment affirmed *p. 42.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors, joinder; (4) points of exception; (5) precipe for writ of fi. fa.; (6) writ of fi. fa.; (7) letter—sheriff to clerk.

*1824–36 Calendar,* MS p. 13. Recorded in *Book B,* MS pp. 533–6.

 MARIA WELLS BY HER UNCLE AND NEXT FRIEND, WILLIAM WELLS, *versus* JOHN G. RICHARDSON.

JOURNAL ENTRIES (1825–29): *Journal 4:* (1) Continued *p. 47; (2) motion for default judgment *p. 95; (3) rule for judgment, jury to assess damages *p. 99; (4) continued *p. 142; (5) nonsuit *p. 274.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) recognizance of special bail.

*1824–36 Calendar,* MS p. 66.